hrg012 (11/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Debtor:
Kathleen Victoria Olsen
aka Kathleen Victoria Perry
aka Kathleen Victoria Dybvig
aka Kathleen Victoria Bjorkman

Case No.: 10–02022
Chapter: 13

## NOTICE OF CONFIRMATION HEARING

**NOTICE TO CREDITORS AND PARTIES IN INTEREST:**

**THE INFORMATION ON HEARING DATE AND THE DEADLINE TO FILE AN OBJECTION SUPERSEDES ANY PRIOR INFORMATION GIVEN IN NOTICES OR THE PLAN WHICH YOU MAY HAVE RECEIVED.**

A hearing on confirmation of the debtor's chapter 13 plan is scheduled for the date and time below at the Courtroom, United States Bankruptcy Court, District of Hawaii, 1132 Bishop Street, Suite 250, Honolulu, Hawaii.

**Date: November 16, 2010        Time: 09:40 AM**

Deadline to file an objection to the plan or a plan motion: **7 days before the hearing date.**

**Your rights may be affected.** The debtor or the debtor's attorney was required to send you a copy of the proposed plan and plan motions which may affect you. You should review these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

**Deadline for Objections.** If you do not want the court to confirm the plan or to approve any plan motions, then not later than 7 days before the confirmation hearing date, you or your attorney must file an "Objection to Chapter 13 Plan or Plan Motion" with the court at the address of the Clerk's Office stated below. If an amended plan or motion is filed, an objection is due 21 days after the amended plan or motion is filed. The confirmation hearing may be continued to provide sufficient time for the filing of an objection.

If you mail your response to the court, you must mail it early enough so that the court will receive it by the deadline.

If you or your attorney do not take these steps, the court may decide that you do not oppose the proposed plan and any plan motions to avoid a lien or value collateral, and may confirm the plan and decide the motions as requested by the debtor. In the absence of any timely filed objections, or if all such objections are withdrawn prior to the hearing date, or if the case is dismissed or converted to another chapter under the Bankruptcy Code, the hearing may be canceled without further notice to you. You may check the status of the hearing by reviewing the calendar at the Clerk's Office or the court's website: **http://www.hib.uscourts.gov.**

Dated: October 1, 2010

*Michael B. Dowling*
Clerk of the Bankruptcy Court

Documents may be viewed and filed at:

https://ecf.hib.uscourts.gov
(PACER account required)

Clerk's Office:
1132 Bishop Street
Suite 250
Honolulu, HI 96813
Telephone number: (808) 522–8100