| Howard M.S. Hu, Chapter 13 Trustee<br>1132 Bishop Street, Suite 301<br>Honolulu, Hawaii 96813<br>Telephone: (808) 526-3083   Fax: (808) 531-8844<br>Email: chapt13hi@aol.com | For court use only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** | Case No.: **10-02022**<br>Chapter 13 |
| Debtor:     **Kathleen Victoria Olsen**<br>and, if any,<br>Joint Debtor: | |

### OBJECTION TO CHAPTER 13 PLAN OR RELATED MOTION (filed September 30, 2010)

Trustee hereby objects to confirmation of the proposed plan based on the following.

**Plan distributions on account of each allowed unsecured claim is less than in a Chapter 7 liquidation.**

The debtor proposes a plan that provides for a 100% distribution to the general unsecured creditors. The debtor's liquidation analysis discloses that the estate has $190,795 available to pay the unsecured claims. As the debtor's unsecured claims filed to date total $24,361, these claims would receive a full repayment in a Chapter 7 liquidation.

The plan is not able to make a 100% dividend distributions to the general unsecured claims. Prior to any distribution to the unsecured claims, the plan must first distribute to the secured and priority claims. The funds required to pay these claims, the related interest charges and the cost of administering the plan is estimated at $185,799. The total plan funding is only $187,140 and after completing the payments on the secured and priority claims, there is only $1,341 remaining to pay the general unsecured claims. The current plan fails to pay the required 100% dividend to the unsecured claims and is deficient by $23,020.

Dated: November 9, 2010                                  **/s/ Howard M.S. Hu**
                                                                              Chapter 13 Trustee

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this objection was served on the Office of the United States Trustee and the parties below by the court's transmission facilities (ECF) or first class mail on: November 9, 2010

| Debtor/Joint Debtor | Debtor's Attorney |
|---|---|
| Kathleen Victoria Olsen<br>6448 Kalama Road<br>Kapaa, HI 96746 | Jean Christensen, Esq.<br>(ECF) |

Dated: November 9, 2010                                  **/s/ Howard M.S. Hu**

13TR 1325-1      2/03